U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY - 4 2018

TONY R. MOORE, CLERK
BY: _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RICO TAYLOR<br>REG. # 90834-071 | : | DOCKET NO. 2:18-cv-0113<br>SECTION P |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| UNITED STATES, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petitioner's *Bivens* claims be **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted. Accordingly, all defendants with the exception of the United States should be dismissed from this action.

**THUS DONE** in chambers in Alexandria, Louisiana, this 4th day of May, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE