RECEIVED
JUL 27 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **RICO TAYLOR** | : | **DOCKET NO. 18-cv-0113** |
| REG. # 90834-071 | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES T. TRIMBLE, JR.** |
| **UNITED STATES, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent determination of the issues and review of the record, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

**IT IS ORDERED** that the Motion for Preliminary Injunction [doc. 15] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers at Alexandria, Louisiana, this 27th day of July, 2018.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE