# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| RICO TAYLOR | CIVIL ACTION NO. 18-0113 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| USA, ET AL. | MAGISTRATE JUDGE KAY |

**MEMORANDUM ORDER**

Before the Court is an "Appeal/Reconsideration--Motion to Appoint Pro-Bono Counsel" (Record Document 32) wherein Plaintiff, Rico Taylor, appeals the Magistrate Judge's Order (Record Document 30) which denied Taylor's motion to appoint counsel. In her order, the Magistrate Judge noted that Taylor had a clear grasp of the facts and law involved in this case. As further noted by the Magistrate Judge, there is "no automatic right to appointment of counsel absent exceptional circumstances." Garner v. United States, 45 F. App'x 326, at *8 (5th Cir. 2002). In Robbins v. Maggio, 750 F.2d 405, 412 (5th Cir. 1985), the court stated that while no comprehensive definition of "exceptional circumstances" has been crafted, the quality of the case and the abilities of the individual bringing it will help determine whether such circumstances are present.

Plaintiff has failed to identify any exceptional circumstances which would authorize this Court to grant the relief requested. The instant case is in the discovery phase and the record does not reflect that Taylor has been impeded in the discovery process. Accordingly,

**IT IS ORDERED** that the Appeal of the Magistrate Judge Decision is hereby **DENIED** (Record Document 32) and the denial of the motion to appoint counsel is **AFFIRMED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 15th day of November, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT