UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RICO TAYLOR     REG. # 90834-071 | : | DOCKET NO. 2:18-cv-0113 |
| VERSUS | : | JUDGE JAMES |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 47] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment [doc. 44] be **GRANTED** and that plaintiff's claims be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this 31st day of May, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE